# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NOVELPOINT SECURITY LLC, <br><br>             Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., *et al* <br><br>             Defendant. | Case No. 2:12-cv-00100 <br><br> **CONSOLIDATED CASE** |
| NOVELPOINT SECURITY LLC, <br><br>             Plaintiff, <br><br> v. <br><br> TOSHIBA AMERICA INFORMATION SYSTEMS, INC., <br><br>             Defendant. | Case No. 2:12-cv-00101 |

## ORDER OF DISMISSAL OF CLAIMS
## BETWEEN NOVELPOINT AND TOSHIBA

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff NovelPoint Security LLC ("NovelPoint") and Defendant Toshiba America Information Systems, Inc. ("Toshiba"), in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by NovelPoint against Toshiba are hereby dismissed with prejudice. ORDERED, ADJUDGED AND DECREED that all counterclaims asserted in this suit by Toshiba against NovelPoint are hereby dismissed without prejudice. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 19th day of September, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE